UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>           Plaintiff,<br><br>      v.<br><br>KOHL'S DEPARTMENT STORES, INC., et al.,<br><br>           Defendants. | Case No.   13-cv-00275-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP UNDER CIVIL LOCAL RULE 3-12** |

In accordance with Civil Local Rule 3-12(c), the Court refers this action to District Judge Armstrong to consider whether it is related to Case Number 4:08-cv-04147 SBA. .

**IT IS SO ORDERED.**

Dated: July 1, 2013

_____
JON S. TIGAR
United States District Judge